# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
       §
NANCY PIROG § Case No. 13-08550
       §
    Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/29/2015 in Courtroom 744 (Judge Wedoff),
Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/29/2015         By: /s/ Miriam R. Stein
                                        Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
NANCY PIROG  §   Case No. 13-08550
        §
    Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,434.10 |
| and approved disbursements of | $ | 5,139.61 |
| leaving a balance on hand of[1] | $ | 15,294.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 8,342.45 | $ 8,342.45 | $ 0.00 | $ 8,342.45 |
| | Total to be paid to secured creditors | | | $ | 8,342.45 |
| | Remaining Balance | | | $ | 6,952.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 2,334.98 | $ 0.00 | $ 2,334.98 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 4,963.66 | $ 4,963.66 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,334.98 |
| Remaining Balance | | $ | 4,617.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

      Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

NONE

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.2  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 32.75 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,584.31 .

                                    Prepared By: /s/ Miriam R. Stein
                                                            Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 13-08550-ERW
Nancy Pirog                                                         Chapter 7
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley              Page 1 of 1      Date Rcvd: Jun 30, 2015
                              Form ID: pdf006            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2015.
db           +Nancy Pirog,    3651 N. Bernard Street,    Chicago, IL 60618-4204
aty           Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
               Chicago, IL 60610
20127581     +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
20127582     +Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
20127584    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541)
20127585     +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,   Mason, OH 45040-8053
20127588     +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
20127590     +Wfnnb/Express,    Attention: Bankruptcy,    Po Box 182685,   Columbus, OH 43218-2685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20150458     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jul 01 2015 01:52:10
               Cook County Treasurer's Office,    118 North Clark Street, Room 112,    Chicago, IL 60602-1590
20127583     +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2015 01:50:25      Gemb/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
20150457     +E-mail/Text: cio.bncmail@irs.gov Jul 01 2015 01:40:35      Internal Revenue Service,
               Po Box 7346,   Philadelphia, PA 19101-7346
20150459      E-mail/PDF: cbp@springleaf.com Jul 01 2015 01:49:58      Springleaf Financial,
               3632 W. 95th Street,   Evergreen Park, IL 60805
20127580      E-mail/PDF: cbp@springleaf.com Jul 01 2015 01:49:59      American General Finan,
               Springleaf Financial/Attn: Bankruptcy De,    Po Box 3251,   Evansville, IN 47731
20127589     +E-mail/Text: bankruptcy.notices@selenefinance.com Jul 01 2015 01:40:26      Selene Finan,
               9990 Richmond,   Houston, TX 77042-4559
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20127586*    +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,   Mason, OH 45040-8053
20127587    ##+Rshk/cbsd,   Attn.: Citi Centralized Bankruptcy,     Po Box 20363,   Kansas City, MO 64195-0363
                                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2015 at the address(es) listed below:
              Jason S Landgraf    on behalf of Debtor Nancy  Pirog jason@LandgrafLaw.com,
               sgraves@LandgrafLaw.com
              Miriam R Stein    mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Nisha B Parikh    on behalf of Creditor    Citibank, N.A... nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```