UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
NANCY PIROG § Case No. 13-08550
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 57,500.00                    Assets Exempt: 18,624.59
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,375.20     Claims Discharged
                                               Without Payment: 5,299.00

Total Expenses of Administration: 7,474.59

---

3) Total gross receipts of $ 20,434.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,584.31 (see **Exhibit 2**), yielded net receipts of $ 15,849.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 8,342.45 | $ 8,342.45 | $ 8,342.45 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,474.59 | 7,474.59 | 7,474.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,299.00 | 0.00 | 0.00 | 32.75 |
| **TOTAL DISBURSEMENTS** | $ 5,299.00 | $ 15,817.04 | $ 15,817.04 | $ 15,849.79 |

    4) This case was originally filed under chapter 7 on 03/05/2013 . The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2015     By:/s/Miriam R. Stein
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Barclays Cash Account | 1129-000 | 10,882.04 |
| Barclays Equities - AT&T Common Stock - 266 Shares | 1229-000 | 9,552.06 |
| **TOTAL GROSS RECEIPTS** | | **$20,434.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NANCY PIROG | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,584.31 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,584.31** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 4110-000 | NA | 8,342.45 | 8,342.45 | 8,342.45 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 8,342.45** | **$ 8,342.45** | **$ 8,342.45** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 2,334.98 | 2,334.98 | 2,334.98 |
| Associated Bank | 2600-000 | NA | 148.32 | 148.32 | 148.32 |
| Rabobank, N.A. | 2600-000 | NA | 27.63 | 27.63 | 27.63 |
| Frank Gecker LLP | 3210-000 | NA | 4,963.66 | 4,963.66 | 4,963.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,474.59 | $ 7,474.59 | $ 7,474.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DSNB MACYS | | 60.00 | NA | NA | 0.00 |
| | GEMB/JC PENNY | | 0.00 | NA | NA | 0.00 |
| | PORTFOLIO RECOVERY | | 5,239.00 | NA | NA | 0.00 |
| | RNB-FIELDS 3/MACY'S | | 0.00 | NA | NA | 0.00 |
| | RNB-FIELDS/MACY'S | | 0.00 | NA | NA | 0.00 |
| | RSHK/CBSD | | 0.00 | NA | NA | 0.00 |
| | SEARS/CBSD | | 0.00 | NA | NA | 0.00 |
| | SELENE FINAN | | 0.00 | NA | NA | 0.00 |
| | SPRINGLEAF FINANCIAL | | 0.00 | NA | NA | 0.00 |
| | WFNNB/EXPRESS | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | 7990-000 | NA | NA | NA | 32.75 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 5,299.00** | **$ 0.00** | **$ 0.00** | **$ 32.75** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-08550 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Miriam R. Stein |
| Case Name: | NANCY PIROG | | | | Date Filed (f) or Converted (c): | 03/05/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/24/2013 |
| For Period Ending: | 10/27/2015 | | | | Claims Bar Date: | 12/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3651 N. Bernard Street, Chicago, IL 60618- Home in, Foreclos | 72,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. BMO Haris Bank Savings Account Ending in 8320 | 2,400.00 | 0.00 | | 0.00 | FA |
| 4. BMO Harris Bank Personal Checking Account Joint with Joseph | 274.59 | 0.00 | | 0.00 | FA |
| 5. Barclays Cash Account | 10,350.00 | 10,350.00 | | 10,882.04 | FA |
| 6. Used Household Goods (Furniture, Electronics, Misc. Items) | 500.00 | 0.00 | | 0.00 | FA |
| 7. Used Personal Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 8. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 9. Barclays Equities - AT&T Common Stock - 266 Shares (u) | 9,552.06 | 9,552.06 | | 9,552.06 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $96,026.65   $19,902.06   $20,434.10   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HEARING HAS BEEN HELD AND DISBURSEMENTS HAVE BEEN MADE IN THIS CASE.

RE PROP #     5    --   Account Frozen by IRS

RE PROP #     9    --   IRS placed Lien on account.  This account included security holdings -  AT&T Inc
                        Common Stock- 266 Shares which were liquidated at market rate.  See Order dated
                        5/20/14.

Initial Projected Date of Final Report (TFR): 01/01/2015     Current Projected Date of Final Report (TFR): 06/04/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-08550 | Trustee Name: | Miriam R. Stein |
| Case Name: | NANCY PIROG | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8614 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4137 | Blanket Bond (per case limit): | |
| For Period Ending: | 10/27/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx4200 | Transfer of Funds | 9999-000 | $20,406.47 | | $20,406.47 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.35 | $20,377.12 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.29 | $20,346.83 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.28 | $20,317.55 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.21 | $20,287.34 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.19 | $20,258.15 |
| 01/19/15 | 101 | FrankGecker LLP<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Professional Fees Approved by Court | 3210-000 | | $4,963.66 | $15,294.49 |
| 08/03/15 | 102 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,334.98 | $12,959.51 |
| 08/03/15 | 103 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $8,375.20 | $4,584.31 |
| | | | | ($32.75) | 7990-000 | | |
| | | Internal Revenue Service | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($8,342.45) | 4110-000 | | |
| 08/03/15 | 104 | NANCY PIROG<br>3651 N. BERNARD ST.<br>CHICAGO, IL 60618 | Distribution of surplus funds to debtor. | 8200-002 | | $4,584.31 | $0.00 |

| | | | Page Subtotals: | | $20,406.47 | $20,406.47 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 7)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,406.47 | $20,406.47 |
| Less: Bank Transfers/CD's | $20,406.47 | $0.00 |
| Subtotal | $0.00 | $20,406.47 |
| Less: Payments to Debtors | $0.00 | $4,584.31 |
| Net | $0.00 | $15,822.16 |

Exhibit 9

Page Subtotals: $0.00 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-08550 | Trustee Name: Miriam R. Stein |
| Case Name: NANCY PIROG | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX4200 |
| | Checking |
| Taxpayer ID No: XX-XXX4137 | Blanket Bond (per case limit): |
| For Period Ending: 10/27/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/14 | | Barclays<br>c/o Murphy & McGonigle,<br>Attn: Victor A. Machcinski<br>1185 Avenue of the Americas, 21st Floor<br>New York, NY 10036 | Funds from Barclay's Account<br>No. 737-21670 | | $20,434.10 | | $20,434.10 |
| | | | Gross Receipts $20,434.10 | | | | |
| | 5 | | Barclays Cash Account $10,882.04 | 1129-000 | | | |
| | 9 | | Barclays Equities - AT&T $9,552.06<br>Common Stock - 266 Shares | 1229-000 | | | |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $17.63 | $20,416.47 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $20,406.47 |
| 07/02/14 | | Transfer to Acct # xxxxxx8614 | Transfer of Funds | 9999-000 | | $20,406.47 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,434.10 | $20,434.10 |
| Less: Bank Transfers/CD's | $0.00 | $20,406.47 |
| Subtotal | $20,434.10 | $27.63 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,434.10 | $27.63 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals: $20,434.10 $20,434.10

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4200 - Checking | $20,434.10 | $27.63 | $0.00 |
| XXXXXX8614 - Checking | $0.00 | $15,822.16 | $0.00 |
|  | $20,434.10 | $15,849.79 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $20,434.10 |
| Total Gross Receipts: | $20,434.10 |